UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>   GARY BROYLES<br>   LEOTA L BROYLES<br>        Debtor(s) | Case No. 08-23322 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/03/2008.

2) The plan was confirmed on 12/10/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/30/2009, 05/20/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 04/27/2012.

6) Number of months from filing to last payment: 44.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $6,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $22,874.95 |
| Less amount refunded to debtor | $265.85 |

**NET RECEIPTS:** $22,609.10

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,274.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,157.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,431.76

Attorney fees paid and disclosed by debtor: $226.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI/MCI | Unsecured | 266.97 | 327.29 | 327.29 | 10.67 | 0.00 |
| ASSOCIATED PATHOLOGISTS JOLIET | Unsecured | 278.37 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY LLC | Unsecured | 479.10 | NA | NA | 0.00 | 0.00 |
| BY RITE FURNITURE & APPLIANCES | Unsecured | 800.00 | 1,175.21 | 1,175.21 | 38.31 | 0.00 |
| CHECK PLUS SYSTEM | Unsecured | 29.91 | NA | NA | 0.00 | 0.00 |
| CLT FINANCIAL | Unsecured | 1,866.38 | 1,791.00 | 1,791.00 | 58.38 | 0.00 |
| CNA INSURANCE | Unsecured | 114.83 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 433.50 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 239.82 | 212.50 | 212.50 | 6.92 | 0.00 |
| COMCAST | Unsecured | 931.56 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 698.00 | 1,729.48 | 1,729.48 | 56.38 | 0.00 |
| COMPUCREDIT | Unsecured | 705.94 | 840.94 | 840.94 | 27.42 | 0.00 |
| COMPUCREDIT | Unsecured | 736.00 | 736.98 | 736.98 | 24.03 | 0.00 |
| CONSOLIDATED PUBLIC SERVICES | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| CPS SECURITY | Unsecured | 29.91 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 572.57 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 1,510.23 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 605.43 | 635.87 | 635.87 | 20.73 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 609.53 | 609.53 | 19.87 | 0.00 |
| EBI MEDICAL SYSTEMS INC | Unsecured | 110.72 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOLOGIST CTR IL | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 3,069.00 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDIC ASSOC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| HOME SHOPPING NETWORK | Unsecured | 484.86 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 4,233.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS CATALOG SALES | Unsecured | 583.40 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 30,235.90 | 34,094.43 | 34,094.43 | 1,111.48 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,805.23 | 2,000.00 | 2,000.00 | 2,000.00 | 0.00 |
| KCA FINANCIAL SERVICE | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| LOCKPORT TOWNSHIP | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LOYOLA UNIV PHYSICIANS FOUNDT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 939.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Secured | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 1,488.00 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | NA | 4,611.67 | 4,611.67 | 150.34 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 309.30 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 42.12 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,528.98 | 1,328.26 | 1,328.26 | 43.30 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,188.00 | 521.24 | 521.24 | 16.99 | 0.00 |
| PLANTATION BILLING CENTER | Unsecured | 19.99 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 623.91 | 623.81 | 623.81 | 20.34 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 594.65 | 609.53 | 604.41 | 19.70 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 374.18 | 1,370.58 | 1,370.58 | 44.68 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 152.01 | NA | NA | 0.00 | 0.00 |
| RAYMOND ORENIC MD | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| ROCK RUN DENTAL CARE | Unsecured | 89.25 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 533.65 | 151.36 | 151.36 | 4.94 | 0.00 |
| US CELLULAR | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 39.82 | NA | NA | 0.00 | 0.00 |
| WILLOW FALLS PODIATRY | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL | Unsecured | 482.32 | 455.93 | 455.93 | 14.86 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,000.00 | $13,000.00 | $1,488.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,000.00** | **$13,000.00** | **$1,488.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,000.00 | $2,000.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,000.00** | **$2,000.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$51,820.49** | **$1,689.34** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,431.76 |
| Disbursements to Creditors | $18,177.34 |
| **TOTAL DISBURSEMENTS** : | **$22,609.10** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/10/2013                By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**